IN THE SUPREME COURT OF TEXAS

 No. 08-0585

 IN RE IESI TX CORPORATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed July 24, 2008, is
granted. All trial court proceedings in Cause No. 07-07781-B, styled
Community Waste Disposal, L.P. f/k/a Community Waste Disposal, Inc. v. Paul
R. Hansen, in the 162nd District Court of Dallas County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 11, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk